UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN A. WISE III                                                    JURY TRIAL DEMANDED

v.                                                                          CASE NO.  3:07CV

CREDITORS FINANCIAL GROUP, LLC

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § l692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant's communication to plaintiff claimed that defendant is a debt collector pursuant to the FDCPA.

6. Defendant is licensed as a consumer collection agency in Connecticut.

7. Defendant is a debt collector within the FDCPA.

8. In or after February, 2007, Defendant communicated with plaintiff or others in an effort to collect an account, identifying the creditor as Resurgent Capital Services L.P. and the service date as 10-31-06.

9. On February 8, 2007, Defendant left a message at plaintiff's telephone, and also reached his married sister on the same date, referring to a "legal matter" during both calls.

10. Defendant did not meaningfully identify itself or give notices required by law in its multiple telephone calls.

11. Defendant did not provide the notices required by the FDCPA until February 21, 2007.

FIRST COUNT

12.  In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692b, -c(b), -e, -f(1), or –g.

SECOND COUNT

13. Within three years prior to the date of this action, Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

14. Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net